■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DELON LUCAS, Appellant. [841 NYS2d 459]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lott, J.), rendered April 19, 2005, convicting him of murder in the first degree and murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

During the plea allocution the defendant stated that he, together with his codefendant, abducted the victim, and physically forced him to remain in the defendant's apartment by tying the victim up with cord, taping his face, keeping him in a closet, and beating him. The defendant also stated that he and the codefendant intentionally killed the victim by stabbing and beating him. Contrary to the defendant's claim, the plea allocution does not negate an essential element of the crime of intentional felony murder (*see People v Cahill*, 2 NY3d 14 [2003]). Prudenti, P.J., Mastro, Angiolillo and Dickerson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS D. MARTIN, Appellant. [841 NYS2d 458]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 21, 2006 (*People v Martin*, 27 AD3d 665 [2006]), affirming a judgment of the County Court, Nassau County, rendered May 1, 2002.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Ritter, J.P., Santucci, Lunn and Angiolillo, JJ., concur.